Decided 18 March, 1897.

## KLAMATH COUNTY v. HOWE.

From Klamath : H. K. HANNA, Judge.

Action to recover on the official bond of W. E. Howe, as treasurer of Klamath County, resulting in a judgment for plaintiff.

DISMISSED.

*Messrs. Lionel R. Webster* and *Hammond & Vawter* for appellants.

*Messrs. J. A. Jeffrey,* district attorney, and *G. W. White* for respondents.

The appeal was dismissed on the stipulation of the parties. No opinion.

DISMISSED.

Decided 19 March, 1897.

## CLATSOP MILL CO. v. CITY OF ASTORIA.

From Clatsop : THOS. A. MCBRIDE, Judge.

Suit by the Clatsop Mill Co. against a vast and variegated throng of contractors, laborers, material men, commissioners, municipal officers and others, to determine the priority of certain liens and the distribution of certain moneys, all arising out of the construction of the Astoria Water Works.

MODIFIED.

*Messrs. B. M. Smith, J. Leighter, J. H. Smith, C. J. Schnabel, R. W. Wilbur* and *La Force & Smith* for appellants.

*Messrs. Noland & Thomson* and *Fulton Bros.* for respondents.

The parties having agreed to a modification of the decree, a mandate was sent down accordingly. No opinion.

MODIFIED.